AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>Edwin Ernesto Rivera Gracias<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 11-mj-1138-meh |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Edwin Ernesto Rivera Gracias                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   On or about August 29, 2011, in the State and District of Colorado, the Central District of California and elsewhere, EDWIN ERNESTO RIVERA GRACIAS, defendant herein, did move and travel in interstate and foreign commerce with intent to avoid prosecution, custody, and confinement after conviction under the laws of the State of Colorado for crimes which are felonies under the laws of the State of Colorado, all in violation of Title 18, United States Code, Section 1073(1).

Date: 8/31/2011

City and state: _____     Michael E. Hegarty
                                    United States Magistrate Judge
                                    Denver, Colorado

_____
Issuing officer's signature

_____
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____          _____<br>                                              Arresting officer's signature<br><br>                                              _____<br>                                              Printed name and title |